UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ericka Khounedaleth,<br><br>    Plaintiff,<br><br>  v.<br><br>City of Minneapolis, a municipal entity; Officer Doe #1, in their individual and official capacity; Officer Doe #2, in their individual and official capacity,<br><br>    Defendants. | Case No. 20-cv-02325 (WMW/KMM)<br><br>**MOTION TO DISMISS BY DEFENDANT CITY OF MINNEAPOLIS** |

Defendant City of Minneapolis hereby moves the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing with prejudice Counts IV, V, VI, and VII of Plaintiff's Complaint against the City of Minneapolis. This Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing to be scheduled by the Court.

Dated: January 8, 2021

JAMES R. ROWADER, JR.
City Attorney
By
/s/ *Sharda Enslin*
SHARDA ENSLIN (#0389370)
KRISTIN R. SARFF (#0388003)
HEATHER ROBERTSON (#0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2180
(612) 673-3919
(612) 673-3949
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*