UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-CV-02325 (WMW/KMM)

| | |
|---|---|
| Ericka KHOUNEDALETH,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a municipal entity; Officer DOE #1, in their individual and official capacity; and Officer DOE #2, in their individual and official capacity,<br><br>     Defendants. | PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT UNDER FED. R. CIV. P. 68 |

Plaintiff accepts Defendants' Offer of Judgment under Fed. R. Civ. P. 68 (dated Feb. 18, 2022).

DATED: February 22, 2022     Respectfully submitted,

/s/ *Nico Ratkowski*

NICO RATKOWSKI
MN Attorney ID: 0400413
Contreras & Metelska, P.A.
200 University Avenue W., STE 200
Saint Paul, Minnesota 55103
P: (651) 771-0019
F: (651) 772-4300
nico@contrerasmetelska.com

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-CV-02325 (WMW/KMM)

| | |
|---|---|
| Ericka KHOUNEDALETH,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF MINNEAPOLIS, a municipal entity; Officer DOE #1, in their individual and official capacity; and Officer DOE #2, in their individual and official capacity,<br><br>　　Defendants. | PROOF OF SERVICE |

I certify that, on Feb. 22, 2022, I served upon Defendants' counsel the foregoing Acceptance of Defendants' Offer of Judgment Under Fed. R. Civ. P. 68 by mailing the same via USPS certified mail to:

> Sharda Enslin
> Office of the City Attorney
> 350 S. Fifth St., Room 210
> Minneapolis, MN55415

Date: Feb. 22, 2022　　　　　　　　　　　　/s/ Stephanie Nevaez Ramirez

**CERTIFIED MAIL**

& Metelska, PA
Ave W, Suite 200
MN, 55103

7020 0640 0001 5122 6040

neopost
02/22/2022
US POSTAGE

FIRST-CLASS MAIL
$04.28⁰

ZIP 55130
041L13820483

Sharda Enslin
Office of the City Attorney
350 S. Fifth St. Room 210
Minneapolis, MN 55415